

# Fourth Court of Appeals
## San Antonio, Texas

May 29, 2014

No. 04-13-00796-CR

Brad Anthony **SMITH**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2009CR10882
Honorable Sid L. Harle, Judge Presiding

## O R D E R

The State's Motion for Extension of Time to File Brief is hereby GRANTED. The State's brief is due June 30, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of May, 2014.

Keith E. Hottle
Clerk of Court